BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $23,846.00 IN U.S. CURRENCY,<br><br>    Defendant. | 1:13-CV-01000-LJO-SAB<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against defendant approximately $23,846.00 in U.S. currency (hereafter "defendant currency") seized on or about October 23, 2012.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 28, 2013, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6), 18 U.S.C. §§ 981(a)(1)(A), and 31 U.S.C. §§ 5317 and 5332.

3. On July 11, 2013, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on July 15, 2013.

4. Beginning on July 11, 2013, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.

5. In addition to the public notice on the official internet government forfeiture

site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

        a. Por Ye Lee

        b. Xia Her

        c. Pao P. Yang, attorney

6.    On August 15, 2013, Por Ye Lee and Xia Her filed a claim. No answer was filed. To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.    The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.    That judgment is hereby entered against Por Ye Lee, Xia Her, and all other potential claimants.

3.    Upon entry of a Final Judgment of Forfeiture herein, $18,846.00 of the defendant approximately $23,846.00 in U.S. Currency, together with any interest that has accrued on the entire $23,846.00, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 984, 981, and 31 U.S.C. § 5317(c)(2), to be disposed of according to law.

4.    Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $5,000.00 of the defendant approximately $23,846.00 in U.S. Currency, shall be returned to Claimants Por Ye Lee and Xia Her through their attorney Pao P. Yang, 155 South Wabasha Street, Suite 125, St. Paul, MN 55107, telephone (651) 403-5640.

5.    That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties to this agreement agree to waive the

provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on June 28, 2013, the Court finds that there was probable cause for arrest and seizure of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS ___ day of _____, 2013.

LAWRENCE J. O'NEILL
United States District Court Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed June 28, 2013, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: **September 4, 2013**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE